**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7083**

_____

JOHN D. STRASSINI,

                                    Plaintiff - Appellant,

        versus

MR. DODRILL; DOCTOR FRIEDMAN; MRS. HARLISS;
MR. ELLI; WARDEN BEELER; MS. ELSEA; MR.
LUNSFORD; JULIA CLEMENS; MR. SWEDER; MS.
MAYNARD; KEN DAVIS; DOCTOR SHIMM; DOCTOR BUSH;
JON CROGAN, Captain; MANAGER JAMES, S.I.S.;
LIEUTENANT SMITH; LIEUTENANT MOSCAR,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  Malcolm J. Howard, District
Judge.  (CA-00-759-H)

_____

Submitted:  October 18, 2001          Decided:  October 29, 2001

_____

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

John D. Strassini, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John D. Strassini appeals the district court's orders dismissing three of the claims in his § 1983 action and denying his motion to add four defendants and change the caption of the case. The Government has filed a motion to dismiss the appeal as interlocutory. We grant the Government's motion and dismiss the appeal for lack of jurisdiction because the orders are not appealable.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2